UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 22-3275 MWF (KSx)** | Date: September 02, 2022 |
| Title | **Lindy Shinotsuka, et al. v. Federal Correctional Institution Terminal Island, et al.** | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on May 13, 2022. (Docket No. 1). Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint expired on August 11, 2022.

The Court **ORDERS** Plaintiffs to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 16, 2022**.

- BY PLAINTIFFS: PROOFS OF SERVICE of Summons and Complaint.

    AND/OR

- BY DEFENDANTS: RESPONSES TO THE COMPLAINT. The parties may also file an appropriate stipulation to extend the time within which Defendants must respond to the Complaint.

    OR

- BY PLAINTIFFS: APPLICATIONS FOR CLERK TO ENTER DEFAULT as to Defendants who have not timely responded to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 22-3275 MWF (KSx)**　　　　　　　　　　Date:  September 02, 2022

Title　　**Lindy Shinotsuka, et al. v. Federal Correctional Institution Terminal Island, et al.**

submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **September 16, 2022** will result in the dismissal of this action.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer:  RS/sjm