JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LINDY SHINOTSUKA, et al., | No. CV 22-03275-MWF(KSx) |
| Plaintiffs, | **ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| UNITED STATES OF AMERICA, et al., | Honorable Michael W. Fitzgerald United States District Judge |
| Defendants. | |

Upon consideration of the Stipulation for Dismissal with Prejudice (the "Stipulation"), and good cause appearing:

IT IS HEREBY ORDERED that:

1. The Stipulation is approved;

2. The above-captioned action is dismissed in its entirety with prejudice; and

3. Each party shall bear his, her, or its own attorney's fees, costs, and expenses.

DATED: January 16, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

1